AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>FLORES MERINO, Luis<br><br>Defendant. | Case No. 1:25-MJ-276(DJS) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of September 9, 2025, in the county of Saratoga in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Luis FLORES-MERINO, an alien, native and citizen of Mexico, being an alien who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, entered and was thereafter found in the United States without the Attorney General of the United States, or his successor, the Secretary of Homeland Security, having expressly consented to his reapplication for admission to the United States. |

This criminal complaint is based on these facts:

☒  Continued on the attached sheet.

_____
Complainant's signature

Patrick McDonald, U.S. Homeland Security Investigations
_____
Printed name and title

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Sept 9, 2025

City and State:  Albany, New York

_____
Judge's signature

Hon. Daniel J. Stewart, U.S. Magistrate Judge
_____
Printed name and title

*Continuation Sheet, United States v. **LUIS FLORES-MERINO***

On September 9, 2025, Immigration Customs and Enforcement - Homeland Security Investigations ("HSI") Albany, NY, was conducting a joint enforcement operation with FBI and ICE/ERO (Enforcement and Removal Operations) targeting known criminal alien individuals residing at 99 Circular Street, Saratoga Springs, NY. ERO Officer Coombes observed an individual leave the aforementioned address and requested that I conduct a consensual interview to determine if that individual was one of the targets. I approached the subject, Luis FLORES-MERINO, who was unable to converse in the English language. I asked FLORES-MERINO in Spanish his country of origin and how he came to be in the country. FLORES-MERINO readily admitted that he was a citizen of Mexico who possessed no valid U.S. immigration documents and was illegally present in the United States. FLORES-MERINO was taken into custody without incident and transported to the Malta ICE/ERO office for further processing.

Upon arrival at the ICE/ERO office in Malta, NY, biographical information and fingerprints were entered into Department of Homeland Security databases for FLORES-MERINO. Record checks revealed FLORES-MERINO is a citizen of Mexico, with no documentation to be in, pass through, or remain in the United States legally. On March 11, 2016, FLORES-MERINO was arrested in New Mexico and charged via criminal complaint with a violation of 8 U.S.C. 1326(a)(1), illegal reentry. He pled guilty on March 18, 2016, and was sentenced to 27 days imprisonment. On April 7, 2016, ICE ERO removed FLORES-MERINO through Paso Del Norte, TX port of entry. In July 2016, FLORES-MERINO was arrested in Arizona; he ultimately pled guilty to a violation of 8 U.S.C. 1325(a)(1), illegal entry, before a United States Magistrate Judge. The court sentenced FLORES-MERINO to 150 days imprisonment. On December 27, 2016, ICE ERO removed FLORES-MERINO through El Paso, TX.

FLORES-MERINO did not obtain the express consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security, to reapply for admission to the United States.